1

2

3

4

5

6

7

8

9

10

11

12

13

14

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Laisdel Vieras Cardenas, | No. CV20-00903 PHX DGC (CDB) |
| Petitioner, | **ORDER** |
| vs. | |
| State of Arizona, et al., | |
| Respondents. | |

15

16

17

18

19

20

21

22

Petitioner Laisdel Vieras Cardenas has filed a third amended petition for writ of habeas corpus pursuant to 28 U.S.C. § 2254.  Doc. 12.  United States Magistrate Camille D. Bibles has issued a report and recommendation ("R&R") recommending that the petition be denied and dismissed with prejudice.  Doc. 18.  No objection has been filed, which relieves the Court of its obligation to review the R&R.  *See* 28 U.S.C. § 636(b)(1); Fed. R. Civ. P. 72(b)(3); *Thomas v. Arn*, 474 U.S. 140, 149 (1985); *United States v. Reyna-Tapia*, 328 F.3d 1114, 1121 (9th Cir. 2003).  The Court will accept the R&R, deny, and dismiss the petition with prejudice.

23

**IT IS ORDERED:**

24

1.     The R&R (Doc. 18) is **accepted**.

25

26

2.     The third amended petition for writ of habeas corpus (Doc. 12) is **denied and dismissed with prejudice**.

27

28

3.     A certificate of appealability and leave to proceed *in forma pauperis* on *appeal are **denied***

1      4.     The Clerk is directed enter judgment and **terminate** this action.

2     Dated this 1st day of June, 2021.

David G. Campbell
Senior United States District Judge